CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
ANDOLYN JOHNSON
Nevada Bar No. 14723
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE AREVALO,<br>  aka "Kay," and<br>FRANCISCO NAVARRO-DELGADO,<br><br>Defendants. | Case No.: 3:21-cr-00012-LRH-CLB<br><br>CRIMINAL INDICTMENT<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C) – Conspiracy to Distribute Controlled Substances (Count One);<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute a Controlled Substance (Counts Two, Three, and Four);<br><br>21 U.S.C. §§ 856(a)(1) – Maintaining a Drug Involved Premises (Count Five); |

THE GRAND JURY CHARGES THAT:

COUNT ONE
Conspiracy to Distribute Controlled Substances
(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C))

1.      From a time unknown but no earlier than November 24, 2019, and continuing to and including on or about March 25, 2021, in the State and Federal District of Nevada,

1

JESSE AREVALO,
aka "Kay," and
FRANCISCO NAVARRO-DELGADO

defendants herein, and others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed with each other to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) 841(b)(1)(B)(vi) and 841(b)(1)(C).

COUNT TWO
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

2.　From a time unknown but no earlier than November 24, 2019, and continuing to and including on or about March 25, 2021, in the State and Federal District of Nevada,

JESSE AREVALO,
aka "Kay,"

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THREE
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

3.　From a time unknown but no earlier than November 24, 2019, and continuing to and including on or about March 25, 2021, in the State and Federal District of Nevada,

JESSE AREVALO,
aka "Kay,"

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FOUR
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

4. From a time unknown but no earlier than May 20, 2020, and continuing to and including on or about March 1, 2021, in the State and Federal District of Nevada,

JESSE AREVALO,
aka "Kay,"

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FIVE
Maintaining a Drug Involved Premises
(21 U.S.C. §§ 856(a)(1))

5. From a time unknown but no earlier than November 24, 2019, and continuing to and including on or about March 1, 2021, in the State and Federal District of Nevada,

JESSE AREVALO,
aka "Kay," and
FRANCISCO NAVARRO-DELGADO,

defendants herein, knowingly and intentionally maintained a place for the purpose of distributing a controlled substance, all in violation of Title 21, United States Code, Section 856(a)(1).

### FORFEITURE ALLEGATION ONE
Conspiracy to Distribute Controlled Substances,
Possession with Intent to Distribute a Controlled Substance, and
Maintaining a Drug Involved Premises

1. The allegations of Counts 1 through 5 of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(a)(2).

2. Upon conviction of any of the felony offenses charged in Counts 1 through 5 of this Criminal Indictment,

JESSE AREVALO,
aka "Kay," and
FRANCISCO NAVARRO-DELGADO,

defendants herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any violation of any other criminal law of the United States, 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1):

defendants herein, shall forfeit to the United States of America, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1), 859(a):

1. an iphone with IMSI number 311480600101912;
2. a Mac-10 firearm with snake emblem and unknown serial number;
3. a Mac-10 extended magazine;
4. rounds loaded in the Mac-10 extended magazine;
5. a Glock 19 9mm caliber pistol with serial number YSZ609;
6. a 9mm extended magazine;
7. rounds loaded in the 9mm extended magazine; and
8. any and all compatible ammunition.

All pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1).

## FORFEITURE ALLEGATION TWO
### Conspiracy to Distribute Controlled Substances, Possession with Intent to Distribute a Controlled Substance, and Maintaining a Drug Involved Premises

1. The allegations of Counts 1 through 5 of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts 1 through 5 of this Criminal Indictment,

JESSE AREVALO,
aka "Kay," and
FRANCISCO NAVARRO-DELGADO,

defendants herein, shall forfeit to the United States of America, any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of property described in 21 U.S.C. § 881(a)(1) and 881(a)(2), in violation of 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1), and any proceeds traceable to such property:

1. a Mac-10 firearm with snake emblem and unknown serial number;
2. a Mac-10 extended magazine;
3. a Glock 19 9mm caliber pistol with serial number YSZ609; and
4. a 9mm extended magazine.

All pursuant to 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1), and 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c).

///
///
///
///

5

## FORFEITURE ALLEGATION THREE
Conspiracy to Distribute Controlled Substances,
Possession with Intent to Distribute a Controlled Substance, and
Maintaining a Drug Involved Premises

1. The allegations of Counts 1 through 5 of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts 1 through 5 of this Criminal Indictment,

JESSE AREVALO,
aka "Kay," and
FRANCISCO NAVARRO-DELGADO,

defendants herein, shall forfeit to the United States of America, any firearm or ammunition intended to be used in any offense punishable under the Controlled Substances Act 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1):

1. a Mac-10 firearm with snake emblem and unknown serial number;

2. a Mac-10 extended magazine;

3. rounds loaded in the Mac-10 extended magazine;

4. a Glock 19 9mm caliber pistol with serial number YSZ609;

5. a 9mm extended magazine;

6. rounds loaded in the 9mm extended magazine; and

7. any and all compatible ammunition.

///

///

///

///

All pursuant to 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c) and 21 U.S.C. §§ 841(a)(1), 846, and 856(a)(1).

**DATED:** this 25 day of March, 2021.

**A TRUE BILL:**

/s/
_____
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

ANDOLYN JOHNSON
Assistant United States Attorney