```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        MAR 2 5 2021

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE SEPTEMBER 15, 2020 TERM

**MINUTES OF PROCEEDINGS**

DATE: March 25, 2021

PRESENT: **THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE**

DEPUTY CLERK: Karen Walker

COURT REPORTER: Stephen Grinder, Veteran Reporters

ASSISTANT UNITED STATES ATTORNEY:    Andolyn Johnson, AUSA

**MINUTES OF PROCEEDINGS:  GRAND JURY**

Grand Jury convened at 9:03 a.m.

    The roll of the Grand Jury is taken. (19 members present, which constitutes a quorum.)

    The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

    On motion of the United States Attorney, **IT IS SO ORDERED** that the said report and indictment(s) be filed. There are **no** sealed indictments.

    **IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

| | |
|---|---|
| 3:21-cr-00008-LRH-CLB | USA v. Brandon Jerome Davis (3:21-mj-23-WGC) (in custody) Preliminary Examination currently scheduled for **Thursday, March 25, 2021 at 2:00 p.m.**, in Courtroom No. 2 before Magistrate Judge William G. Cobb converts to an Arraignment & Plea. |

MINUTES OF PROCEEDINGS - 1

| | | |
|---|---|---|
| 1 | 3:21-cr-00009-MMD-WGC | USA v. Eric McBroom |
| 2 | | (3:21-mj-25-WGC) (in custody) |
| | | Preliminary Examination currently |
| 3 | | scheduled for **Wednesday, March 31, 2021 at 2:00 p.m.**, in Courtroom No. 1 before |
| 4 | | Magistrate Judge Carla Baldwin converts to |
| 5 | | an Arraignment & Plea. |
| 6 | 3:21-cr-00010-MMD-CLB | USA v. Jaime Collazo Munoz |
| | | Warrant Issued 3/25/2021 |
| 7 | | |
| 8 | 3:21-cr-00011-MMD-WGC | USA v. Ryan Thomas Eley |
| | | Warrant Issued 3/25/2021 |
| 9 | | |
| 10 | 3:21-cr-00012-LRH-CLB | USA v. Francisco Navarro-Delgado |
| | | Warrant Issued 3/25/2021 |
| 11 | 3:21-cr-00012-LRH-CLB | USA v. Jesse Arevalo |
| 12 | | Warrant Issued 3/25/2021 |

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 12:58 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: *Karen Walker*
Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2