NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Jesse Arevalo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00012-LRH-WGC-1 |
|---|---|
| Plaintiff, | |
| vs. | **LETTERS IN AIDE OF RELEASE** |
| JESSE AREVALO, | **Hearing 4/5/2021 at 2 pm** |
| Defendant. | |

## LETTERS IN AIDE OF RELEASE

Attached hereto are the character letters in aide of release, as **Exhibit A.**

Dated this 5th day of April, 2021.     Respectfully Submitted,

*/s/ Nicholas M. Wooldridge*
_____
Nicholas Wooldridge
Wooldridge Law Ltd
400 S. 7th Street Ste 400
Las Vegas, NV 89101
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on April 5th, 2021, I electronically served on the Assistant United States Attorney the foregoing Letters in Aide of Release      by filing it with Clerk of the Court for the United States District Court of the District of Nevada using the CM/ECF system.

United States Attorney
Andolyn R. Johnson
400 S. Virginia Street Ste 900
Reno, NV 89501
Andolyn.Johnson@usdoj.gov

*/s/ Melody Phommaly*
An Employee of Wooldridge Law Ltd.