# EXHIBIT A

# EXHIBIT A

Veronica Medina
340 County Road 411
Pagosa Springs, CO 81147
970.582.0066

April 5, 2021

RE: Jesse Arevalo

Your Honor,

I am Jesse's mother and I would like to tell you a little about Jesse and what he means to so many. Jesse is a very kind person and he cares about so many and always thinks of others. Jesse has 6 biologic children and two step children. Jesse loves each one them and does special stuff with them. Jesse's girls are "Daddy's girls" Jesse does spa day with his girls. He helps coach football for the boys and he takes them to the gym.

Jesse has a lot of family in Reno, NV- uncles, aunts, cousins, grandparents, father, wife and very soon I will be moving back to Reno with my husband. Jesse & I speak at least three times a week. We have a very good relationship, he is my oldest and he is always caring and very respectful to us. We love Jesse so very much.
I understand the situation Jesse is in and I can tell you that as his mother I will support him 100%. Jesse had COVID last year and that changed a lot for him & his family. Life is short and can be taken away from you in a blink of an eye. Jesse has so many people that care about him and we all will be there for him. Jesse has a smile that lights up a room. If you are in a grumpy mood that smiles warms your heart. Jesse smiles for everything even when he is not in a good mood, which is rare. He can make friends with anyone and make them feel like they have been friends for years. Jesse is a truly genuine to people and he cares, he is respectful and kind. Jesse finds time to take his nephews for haircuts or take them to get new shoes. Family is an important factor for Jesse. Before all this happened Jesse asked my husband & I to return to Reno because he and his family missed us. As I stated we have decided to return to Reno because our children want us to return. Jesse believes people are good and always helps when asked.
Jesse was an alter boy, he was in Boy Scouts, he played football in school, and he loves to read. Jesse is a hard worker and he strives to be a great dad to his children something he didn't have when he was young.

Your Honor, Jesse is needed at home with his family. His children, wife and parents, we need him at home. Without Jesse in his children's lives I worry about them and how this will negatively impact their lives.  I hope that you can allow Jesse to be with his family through this, from what I understand can be a very long process. Thank you in advance for your time and consideration.

Respectfully,

Veronica Medina

March 30, 2021

To whom it may concern,

My name is Cindy Zamora, I am the mother of Jesse Arevalo daughter, Aiyana Arevalo. I would like to take a moment of your time to let you know, and give you some information of Jesse's background. I can say that with all honest, Jesse is an amazing father and individual, since our daughter was born Jesse always made sure our daughter was well taken care, and has always been a part of her life. Jesse always made sure our daughter had all the necessities a baby needs. Till this day Jesse has been in our daughters life, we have 50/50 custody agreement that was made between Jesse and I. To my daughter her dad is her hero, her everything, the first thing she does in the morning when she wakes up is texts her dad, "Good morning daddy" the love my daughter has for her dad is beautiful. I also have a 15-year-old son, Braylon his dad has not been in his life since he was 7 years old, I was having a hard time with Braylon with his behavior, and school to the point that he almost got kicked out of school. Jesse actually stepped up to the plate to be in a position that he did not have to be in, Jesse offered his help with Braylon my son that is not Jesses son or responsibility, Jesse took Braylon under his arm as his own son, Jesse made sure that Braylon went to school, made sure that Braylon changed his behavior with me and overall. Braylons grades and behavior have improved dramatically since Jesse has been a part of his life. Braylon has a completely new and positive look in life now, my son now has goals to accomplish, dreams that he wants to make come true, all the positive that has happened in Braylons life is thanks to Jesse. Jesse took in the role as a father that my son Braylon needed, I cannot even begin to explain how grateful and blessed I have been to have Jesse in Braylons life. Braylons life has changed for the better ever since Jesse entered Braylons life, he's school attendance is a lot better, his grades are amazing, and all that is thanks to Jesse because I could have never done that on my own or without Jesses help. My daughter is constantly asking for her dad, and at night always prays for her dad and his wellbeing. There has not been a day or time when our daughter would need something or be without, Jesse always made sure that our daughter had what she needed. I have known Jesse for 10 years, Jesse has always been a trusting, loyal, honest, hard worker, a big heart and most importantly and amazing dad. Please give Jesse this opportunity to show to you and prove to you how trust worthy he is, please do not take more time out of our daughter's life that could be spent with her dad. I hope you truly find it in your heart to take in consideration all the positive and good Jesse is.

Thank you so much for you time.

Cindy Zamora

Juleanna Uribe
440 I Street
Sparks, Nv. 89431

Your Honor:

I am writing you this letter to vouch for the character of my friend Jesse Arevalo, who faces charges before your court.
I have known Jesse for a little over 11 years. I was both troubled and surprised to hear about his recent case as I've witnessed his hard work from construction and remodeling homes. His wife, Ixzel Arevalo, is my friend and coworker that recommended Jesse to help with the remodeling of my salon House of Julez. He has then always came and helped out with handyman duties every time he could or any time we've needed. Since the first time I met Jesse, he has always been a great father and caring person. His humbleness to help out others has gained him a lot of love and respect. Our children are involved in the same sports, and I can say he is very supportive and involved with anything that has to do with his children.
Jesse has always been the type of person to always be there when in need of anything; from a shoulder to cry on, or when you rather a much needed laugh. He has always made time and effort for everyone, even if he was busy at the moment. I've watched him help out his nieces and nephews, to his stepsons and other kids at the gym as well.
In addition to our friendship, he is an outstanding human in general. His children, wife, and loved ones need him.
It is my sincere hope that the court takes this letter into consideration. Despite the current case. I still believe that Jesse Arevalo to be an honorable individual, a valuable member of my friends I get to call family.

Sincerely,

Juleanna Uribe

Mauricio Medina
340 County Road 411
Pagosa Springs, CO 81147
970.433.5122

April 5, 2021

RE: Jesse Arevalo

Your Honor,

Jesse is my son, technically my step son but I see him as a son and he sees me as his father. We love Jesse so very much and we support him. Jesse is a person of good moral character with a good heart. I have known Jesse since he was a little Baby. During this time, I have seen him experience the good and the bad, the ups and the downs, as well as the joys and sorrows in life but nonetheless, I have been convinced that he is a decent person at the core. Jesse holds his family together. He takes time with his 6 children and 2 step children– he reads to them, plays games, and teaches them that they need to be kind and appreciate others as well as respect others. Jesse is an amazing father as well as a great son and brother. We are a very united family we stand with Jesse. Our son means the world to us and if given the opportunity to come home and be with his family he will treasure each and every moment that he has with his family. Please give us this opportunity to continue to create wonder memories with Jesse and his children. We all need him very much and I am confident that Jesse will do exactly as instructed by you. We pray Jesse will be able to come home through this process. His children need him.

Respectfully,

Mauricio Medina

Your Honor:

My name is Miguel Aguiar and I'm a fitness coach at RW Facility in Sparks Nv. Jesse and I developed a close friendship after he started as one of my clients to his fitness journey 3 years ago. During the time of his journey, he mentioned he has 6 children that he wanted to have get active. He then came out with the idea of have affordable kids classes for the children who couldn't afford paying full price elsewhere. That's when we came up with our kids class training. I respected this man's father duties and interest in the community to help out others. I watched him be a great father, even to those who weren't his own blood children. As time passed by, we saw how much he'd help the community my sponsoring other kids gyms and helping advertise the facilities. When RW had to shut down due to Covid-19, we were in the middle of expanding our facility. Due to the pandemic, we had to pause the expansion which Jesse with his father came to help. With their knowledge in construction, they helped finish the job and not only that, but Jesse donated his own gym equipment to our gym! The team here at RW, including myself, cannot be more thankful and appreciative of Jesse's good heart. This man is not only a great father, but also a great human being. With his good intentions and great heart, he earned everyone's love and respect. I do believe his family needs him home. They're great amazing kids, that love their father unconditionally. I ask if you may please take this letter into consideration as his family want and need him home.

Sincerely,

Miguel Aguiar

Isaiah Malgarejo

2946 Silverton Way

Sparks, NV 89436

Your honor,

My name Isaiah Malgarejo, I am also the brother of Braylon. Jesse Arevalo has been a good father to all of his kids he shows a lot of honesty, loyalty and love. Jesse has done so much good things for me he has gave me a place to stay, he has gave me a job for a while, he helped me make money, he helped my mom find a home when we needed it he always made sure we would always eat. He was always a good and kind person he would always care for me and he would always check up on, me when I was with him.

He has been around for so long, he has showed me and taught me a lot when I was with him, I would always come over to his house, I got really close to his kids, and he would always talk to me. He helped me a lot with so much. I have been very grateful and blessed. Jesse has been a great father figure to my brother Braylon he helped him with school and he helped Braylon accomplish a lot of goals and dreams and he would always take care about all of us. It would make me sad if he's gone for a while, I hope you understand how much people need him.

           Sincerely, Isaiah.

Your honor

  I would like to start off by thanking you for taking the time to read this. I know time isn't something you have much of with your career so I will keep it short as possible.

  I've been asked to write a letter explaining what I think of Jesse Arevalo, which is very easy to do. I've know Jesse for 15 plus years and I can honestly say Jesse is one of the most positive good hearted people I know. I could go on for pages on just the great things I've seen him do for people that he didn't even know that well. And could write a book on all the good things he does for people he actually does know. Jesse is a father of six kids and is a father figure to many more children. He has a huge soft spot for the youth. Doesn't matter his family or not loves them all. My wife and I run a youth football and baseball team and Jesse has helped my wife and I in any possible way we've ever needed it. He's always there helping out. All the kids on the team love coach Jesse. Overall Jesse isn't the average guy your use to having in your courtroom . He's a way better productive part of society in my opinion. And feel if given the chance to be released and resolve these accusations from home that he wouldn't be no threat or danger to society. Thank you once again for your time and have a good day

Sincerely Alex Almond

Oliver Mendoza

4259 Falcon Rock Ln

Sun Valley, NV 89433

April 2nd of 2021

RE: Jesse Arevalo

Your honor,

  Jesse Arevalo and I have been good friends for a few years. I was troubled and surprised to hear about his case as he has always been a solid person. It is for this reason I am more than happy to write this letter of reference for Mr. Arevalo regarding this matter.

  Jesse Arevalo has always been a straight forward character in the community. In our friendship he has really been there for me, especially when COVID-19 started. He made it a priority to be there and show a significant amount of support during a sudden nationwide shut down when I opened my business he never stopped coming in to buy coffee or burritos. He has truly been a good friend over the years.

  He has made such a big impact in my life and others as well. As a friend of the family, I've watched how much of a loving father he is and how much his family needs him around.

  It is my sincere hope the court takes this letter into consideration at the time of his detention. Despite the current case, I still believe Jesse Arevalo to be an honorable individual and a valuable member of my community.

Sincerely, Oliver Mendoza

Leslie Ixzel Arevalo

2946 Silverton way

Sparks NV 89436

April 1 2021

RE: Jesse Arevalo

Your honor,

My name is Leslie Arevalo, I am Jesse Arevalo's wife since August 15 2020, I have been with Jesse since October of 2017. I had previously gotten out of an abusive relationship when I met Jesse. Since I have meet Jesse he has always shown me nothing but unconditionally love and support.

Ace, my son loves him like his own father, he has giving him love and support and never has treated him different than his own kids. My sons father thanks Jesse everyday for constantly going above and beyond for our child, as far as buying him clothes, signing him up for sports, tutoring when our son was behind in reading and is so caring and loving towards him when Ace has his tantrums. He is great with children Jesse even took In his daughters older brother when him and his brother where living in a bad environment. I sometimes tell him he takes on so much and barely has time for himself, but that's just the type of man he is.

I cannot explain the amount of support Jesse has from this community. Jesse is involved in all his children's life, he takes them to and from their sport activities which he volunteers in all their games and helps with fundraisers. He finds a way to take all 6 kids to 4 different schools when its our week and mostly he spends time doing what the kids love. He is very involved, he recently signed them up from Kumon which is an afterschool tutoring to make sure his kids are top of their class. He takes his daughters to have a spa day and they all get their toes and nails done, they love it. Since I met Jesse he has always been a hard worker, caring father and husband and very family oriented. When he says he will do something he always does.

When I met Jesse I was working at a job I was not happy with, Jesse encouraged me to find what I was passionate about. I currently work at a salon doing lashes, I remember Jesse letting me practice on him just so I can be the best I can. My husband has helped the owner of the salon I work at with minor details that needed to be addressed in the shop, he comes every week to help take the trash out. The amount of support he gives me makes me feel like I can achieve more out of life. My family adores Jesse because they see how genuine and what a huge heart he has.

I love my husband and I understand the circumstances he is in. I can assure you he has my support and the support from everyone in our community. Everyone who meets him instantly falls in love with his personality.

He has achieved so much in such a long period of time, I am proud of the man he has become and the business man he inspired to be.

Jordan Wagner
9970 Sandhaven Ct
Reno, NV 89506
(775) 622-5390


April 2, 2021


RE: Jesse Manuel Arevalo


Your Honor,


I am writing you this letter on behalf of my kid's father Mr. Jesse Arevalo. Jesse and I have known each other for over 11 years since he and I were in high school together. He and I are both aware of the gravity of the crime he is facing. I understand the seriousness of this matter however, I hope the court will show some leniency. He has proven to be a very dedicated and great father to all of his children. He always follows through with his responsibilities as far as being a good father and showing his love for his children. He even takes in kids that are not his. Provides them with clothes, shoes, tutoring and after school activities. He has father daughter days with his daughter's. He is a very big help to our family and we are losing so much with him not being here. He cannot do anything for these kids when he is locked up as they will be fatherless.There are father's out there who are not incarcerated and are still not in their children's lives. Jesse is far from that. It is my hope that this letter will act as a positive and contributing factor when the court considers his bail. Jesse has a huge family here in Reno and we all support him very much.


Sincerely,

Jordan Wagner

Alejandro Castro

RE: Jesse Arevalo

Your Honor,

   I am Ace Castro's father, Jesse arevalo is my son's stepfather for 4 years now. Jesse and I have a good co-dad relationship. I respect Jesse for everything he has done for my son. He really is an honest, caring, hard working father, husband and man.
   Im troubled to hear the situation he is in, but i believe jesse is a good man.
Since he has been in Ace's life, we have had all my sons birthday parties together, attend all his football games, wrestling matches, soccer games and boxing practises together , all which Mr Arevalo so gratefully helped pay half for. Jesse even helped my son improve his reading skills by volunteering paying for him to get some extra tutoring, my sons reading scores are now above. I know in my heart my son is in good hands when he is with him. Its amazing to see all the support Jesse has during this hard time, a lot of people who believe in him, not a lot of people have that in this situation.
   Mr Arevalo is a man of his word, his family is his priority , the way his kids (including mine) hug him every time its their week with him is astonishing. They depend on their dad to comfort them. I believe he deserves a chance to prove himself.
   Along with the community he has along his side he will demonstrate the kind hearted man he truly is.
   Thank you for your time, your honor.

Sincerely, Alejandro Castro