UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JESSE AREVALO,<br><br>                              Defendant. | Case No. 3:21-cr-00012-LRH-WGC<br><br>MINUTE ORDER<br><br>April 5, 2021 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

    Before the court is defendant's Motion to Withdraw Stipulation of Substitution of Counsel (ECF No. 27) and Motion for Admission of Pro Hac Vice (ECF No. 28). Both motions were filed on Friday, April 2, 2021; however, defendant hired other private counsel over the weekend rendering these motions moot.  GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that defendant's Motion to Withdraw Stipulation of Substitution of Counsel (ECF No. 27) and Motion for Admission of Pro Hac Vice (ECF No. 28) is GRANTED.

    IT IS SO ORDERED.

                                            DEBRA K. KEMPI, CLERK

                                            By:          /s/         

                                                    Deputy Clerk