UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 5 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE SEPTEMBER 15, 2020, TERM | **MINUTES OF THE COURT**<br><br>DATE: April 15, 2021 |

PRESENT:  THE HONORABLE CARLA BALDWIN          UNITED STATES MAGISTRATE JUDGE

Deputy Clerk:    Lisa Mann       Court Reporter:     Faye Lavoy, Veterans Reporters

U. S. Attorney by:   Andolyn Johnson

PROCEEDINGS: GRAND JURY

The roll of the Grand Jury is taken. (22 members present which constitutes a quorum).

The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed.   There are      no       sealed indictments.

On motion of the United States Attorney,

**IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issue where indicated:

3:21-cr-00014-MMD-WGC                       USA V. JERVONTAE JAMARR CHURCHILL
                                            Warrant to Issue

3:20-cr-00010-MMD-WGC                       USA v. DANIEL A. PARKHURST
SUPERSEDING INDICTMENT                      (On Bond)
                                            Video Arraignment & Plea to the
                                            Superseding Indictment is set for
                                            **Wednesday, April 21, 2021** at **3:00 p.m.** in
                                            Courtroom No. 2 before Magistrate Judge
                                            William G. Cobb.

Minutes of Grand Jury
April 15, 2021
Page 2

| | |
|---|---|
| 3:21-cr-00012-LRH-WGC<br>SUPERSEDING INDICTMENT | USA v. JESSE AREVALO<br>(In Custody)<br>Video Arraignment & Plea to the Superseding Indictment is set for **Tuesday, April 27, 2021** at **2:00 p.m.**, in Courtroom No. 2 before Magistrate Judge William G. Cobb. |
| | USA v. FRANCISO NAVARRO-DELGADO<br>(On Bond)<br>Video Arraignment & Plea to the Superseding Indictment is set for **Tuesday, April 27, 2021** at **3:00 p.m.**, in Courtroom No. 2 before Magistrate Judge William G. Cobb. |

IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:00 a.m.

Grand Jury adjourned at 11:09 a.m.

DEBRA K. KEMPI, CLERK

By: *(signature)*
Lisa Mann, Deputy Clerk